# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the matter of the search of 210 Harmony Dr., Sedona, AZ  86336, as further described in Attachment A. | Case No.   25-04283MB<br><br>**(Filed Under Seal)**<br>**SEALED** |

### ELECTRONIC SEARCH AND SEIZURE WARRANT

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before July 22, 2025 *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to any United States Magistrate Judge on criminal duty in the District of Arizona.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for  30  days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _____    *Camille D. Bibles*
  Digitally signed by Camille D. Bibles
  Date: 2025.07.09 18:16:08 -07'00'
_____
*Judge's signature*

City and state: Flagstaff, Arizona    Honorable Camille D. Bibles, U.S. Magistrate Judge
*Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** ||| 
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name(s) of any person(s) seized: |||

| **Certification** |
|---|
|     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br><br>Date: _____<br><br>                                                                                               *Executing officer's signature*<br><br>                                                                                                     *Printed name and title* |

## ATTACHMENT A -RESIDENCE

## DESCRIPTION OF THE RESIDENCE TO BE SEARCHED

**210 Harmony Dr., Sedona, AZ  86336** (residence for Mexican / foreign nationals).  This is a light colored structure with a wrap around porch and steps leading to entry.  It is pictured below.



## ITEMS:

Search for all items listed within ATTACHMENT B.

## ATTACHMENT B

## Particular Items to be Seized

Agents are authorized to search for evidence, contraband, fruits, or instrumentalities of violations of 8 U.S.C. §§ 1324a, 1324, 1325, 1326; labor trafficking violations including 18 U.S.C. §§ 1589, 1592, and 1594; and financial investigations including crimes of money laundering under 18 U.S.C. §§ 1956 and 1957 between January 2020 to present, including:

1. Records of alien smuggling transactions and activities, including documentary records in any form, lists, photos, ledgers, customer and/or contact lists and address and/or telephone books and papers reflecting names, addresses and/or telephone numbers;

2. Undocumented aliens to include, but not be limited to (full DOBs known to law enforcement):

- Mariela Arizmendi, DOB XX/XX/2006, FBI 7XM12KPAC, A# 241270748, Citizen of Mexico
- Jorge Castro, AKA Jorge Luis Meza-Castro, DOB XX/XX/1981, FBI 569859PC2, Citizen of Mexico
- Remigio Cruz-Nieto, AKA Nieto Remigio, DOB XX/XX/1999, Citizen of Mexico
- Ashley Oyela Estrada, AKA Ashley Stephanny Oyuela Estrada, DOB XX/XX/2007, FBI 3K0XTFJW1, Citizen of Honduras
- Delmi Estrada, AKA Delmy Janeth Estrada-Reyes, DOB XX/XX/1991, Citizen of Honduras
- Yolani Estrada, AKA Marli Yolani Estrada Reyes, unknown DOB, Citizen of Honduras.
- Mario Figueroa-Hurtado, AKA Jose Mario Hurtado-Figueroa, DOB maybe either 08/XX/1968 or 06/XX/1969, Expired B1/B2 Visa, Citizen of Mexico.

- Perla Fuentes, AKA Perla C. Ayon-Fuentes, DOB XX/XX/1987, FBI 297688LC8, Citizen of Mexico.
- Rigoberto Guaderrama, AKA Rigoberto Guardarrama-Arizmendi, DOB XX/XX/1988, Associated address 304 E. Aubry St., Prescott, AZ, Citizen of Mexico.
- Sergio Guarderrama, AKA Sergio Guadarrama-Ocampo, DOB XX/XX/1982, Associated address of 120 W. Laurel Ave, Apt. 201, Foley, AL, Citizen of Mexico.
- Mario Hurtado, AKA Mario Eduardo Hurtado-Maytorena, DOB XX/XX/1995, Overstay on a B2 Visa on 4/8/2019, Citizen of Mexico.
- Jose Guadalupe Jaime, AKA Guadalupe Jose-Jaims, DOB XX/XX/1992, Associated address of 238 S. 13th St, Cottonwood, AZ, Citizen of Mexico.
- Pedro Jaimes, AKA Luis Pedro Rojel-Jaimes, DOB XX/XX/1991, Associated address of 2636 E. State Route 89a, Lot 2, Cottonwood, AZ, Citizen of Mexico.
- Jennifer Jimenez, AKA Jennifer Jimenez-Mayo, DOB either 06/XX/1999 or 07/XX/1999, Associated address of 815 S. Juniper St., Lot 19, Foley, AL, Citizen of Mexico.
- Viridiana Macias, DOB XX/XX/1985, A# 243162225, Citizen of Mexico.
- Luis A. Ocampo, AKA Luis Adan Ocampos Guadarrama, DOB XX/XX/2000, Citizen of Mexico.
- Cesar Pedrozo, AKA Julio Cesar Pedroza-Beltran, DOB XX/XX/1991, Associated address of 304 E. Aubrey St., Prescott, AZ Citizen of Mexico.

- Carlos Rivera, AKA Juan Carlos Rivera-Zamora, DOB XX/XX/1962, Visa overstay from 2011, Associated address of 302 N. 10th St., Cottonwood, AZ, citizen of Mexico.
- Filiberto Rodriguez-Lopez, DOB XX/XX/1987, Associated addresses of 304 E. Aubrey St., Prescott, AZ and 8189 E. Canyon Lane, Prescott Valley, AZ, Citizen of Mexico.
- Alan Rogel, AKA Alan Emanuel Rojel-Jaimes, DOB XX/XX/2007, Citizen of Mexico.
- Andres (Jesus) Rogel, AKA Jesus Andres Rogel-Millan, DOB XX/XX/1996, Associated address of 3401 N. Catherine Dr., Prescott Valley, AZ, Citizen of Mexico.
- Ricardo Rogel, AKA Ricardo Rogelio Rogel-Ayala, DOB XX/XX/1976, Associated address of 304 E. Aubrey St., Prescott, AZ. Citizen of Mexico.
- Rocio Rogel, AKA Rosy, Rocio Rogel Jaimes, and Maria Rogel-Jaimes, DOB XX/XX/1989, Citizen of Mexico.
- Armando Romero, AKA David Armando Romero-Dominguez, DOB XX/XX/1992, Associated address of 761 Calle Figueroa St., Cottonwood, AZ, Citizen of Mexico.
- Iris Romero, DOB XX/XX/1996, DACA Applicant, Associated address of 2636 Arizona 89A, Cottonwood, AZ, Citizen of Mexico.
- Maria Del Sagrario, AKA Maria Del Sagrario Martinez-Rodriguez, DOB XX/XX/1989, B1/B2 Visa overstay from visa issued in 2016, Associated address of 198 Autumn Dr., Fairhope, AL, Citizen of Mexico.
- Jorge Sotelo, AKA Jorge Miguel Sotelo-Delgado, DOB XX/XX/1988, Associated address 1809 W. Buckeye Road, Phoenix, AZ, citizen of Mexico.

- Edgar Suarez, AKA Edgar Suarez-Valdes, possible DOB XX/XX/1984, Citizen of Mexico.
- Vladimir (Vlad) Suarez, AKA Vladimir Suarez-Valdez, DOB XX/XX/1979, Associated addresses of 3401 N. Catherine Dr., Prescott Valley, AZ and 2636 E. State Rte 89A Lot 2, Cottonwood, AZ, Citizen of Mexico.
- Jose Arizmendi-Torres, AKA Jose Alberto Arizmendi-Torres, DOB XX/XX/1998, Associated address of 304 E. Aubrey St., Prescott, AZ, Citizen of Mexico.
- Jose Torres Millan, AKA Jose Fausto Torres-Millan, DOB XX/XX/1972, Associated address of 237 S. 13th St., Cottonwood, AZ, Citizen of Mexico.
- Rafael Trujillo, AKA Rafael Andrada-Trujillo, DOB XX/XX/1985, Associated address of 304 E. Aubrey St., Prescott Valley, AZ, Citizen of Mexico.
- Karlos Urramardones, AKA Carlos Andres Urra-Mardones, DOB XX/XX/1978 or XX/XX/1979, Associated addresses of 1149 N. Hobble Starp St., Prescott Valley, AZ or 8868 E. Roadrunner Dr., Prescott Valley, AZ, Citizen of Chile;

3. Identification documents that provide evidence of the illegal presence or unlawful entry into the United States, whether fraudulent or genuine, such as social security cards, driver's licenses, "green cards" (i.e. Permanent Resident Alien Cards), birth certificates, and any other documents used to show federal and state authorities verification of lawful presence or obtaining benefits;

4. Financial transactions (including but not limited to financial institution statements, deposit slips, and loans), and / or proceeds of the crimes at issue; bank account records and receipts, real estate documents, rental documents, and other evidence financial transactions relating to obtaining, transferring, secreting or spending various sums of

money made from engaging in alien smuggling activities; money service business transaction logs, customer bookkeeping files, currency transaction forms and other financial reporting requirement filings;

     5.    Records related to the ownership of any businesses, trusts or other entities, currently or previously, including the origination, sale, purchase or transfer of businesses or interests in such businesses, including articles of incorporation, annual reports, meeting minutes, information related to officers, directors, managers and members including payments, ownership interest and any other documentation or communications;

     6.    Bookkeeping records showing income and expenses and related documentation, employment records including personnel files, payroll journals, lists and other records to show the hiring, wages, hours, payment and other information related to employees; state and federal employment records and tax documents, including Forms W-2, Forms 1099, Forms I-9, Forms 941, Forms 940, DES unemployment tax and wage reports, related workpapers, and any other correspondence or documentation related to employment; any information, agreements or contracts with employment agencies, subcontractors or independent contractors or related employment agreements to include payment information, invoices, and all related documentation;

     7.    Any and all financial, credit card and bank account information including bills and payment records, including those relating to alien smuggling activities;

     8.    Telephone/address books; photographs and telephone toll records;

     9.    CASH: Any U.S. or foreign currency of $3,000 or more located at the residence of Robert and / or Brenda Clouston may be seized. Any U.S. or foreign currency of $3,000 or more located at the residence of Luis Pedro Rogel-Jaimes and/or Iris Romero-Molina or business location of R&R AZ Cleaning LLC may be seized. Any U.S. or foreign currency of $3,000 or more located within the 12 vehicles to be searched by this warrant (four attributable to Brenda Clouston and eight attributable to Iris Romero-Molina) may be seized. Any cash of any amount located at any other location including (1) within a stash house / residence for Mexican / foreign nationals, (2) any of the Colt Grill restaurant businesses, (3) vehicles for which consent is obtained, and (4) upon any person including

5

Robert Clouston, Brenda Clouston, Luis Pedro Rogel-Jaimes, and/or Iris Romero-Molina, may be counted, documented, and photographed, and will not be seized

10. Records reflecting the ownership of the premises and vehicles associated with the premises and persons to be searched (Robert Clouston, Brenda Clouston, Luis Pedro Rogel Jaimes and Iris Romero-Molina), including deeds, rental/lease agreements, utility bills, insurance documents, vehicle titles;

11. Airline ticket receipts, vehicle rental receipts, credit card receipts, hotel receipts, travel agency vouchers, telephone call records and other items reflecting domestic and foreign travel;

12. Maps reflecting smuggling routes, foreign fuel receipts, receipts pertaining to the purchase and registration of off-road vehicles;

13. Receipts for and the following items: portable radios, cellular telephones, pagers, other portable devices including storage media;

14. The identity or location of collaborators or co-conspirators;

15. Travel records, whether domestic or international, dating back to 2020 and including planned future travel, including travel documents, itineraries, tickets, visas, and passports;

16. The access, possession, or use of storage units or safe deposit boxes, including safe deposit box keys, storage locker keys, safes, and related secure storage devices;

17. Documents and items evidencing dominion and control of the premises to be searched, including utility bills, rental agreements, photographs, property acquisition records, canceled mail envelopes, correspondence, vehicle records, documents containing hard-written samples for Robert Clouston, Brenda Clouston, Luis Pedro Rogel Jaimes, and Iris Romero-Molina;

18. The purchase, creation, possession, or use of physical or electronic accounts, or other access to computer systems, financial accounts, or social media platforms;

19. The download, purchase, or use of online fora, messaging applications, or social media;

20. Surveillance video footage of the restaurant to include and capture worker, workers hours, treatment, etc.

21. Electronic storage media, including portable disk drives, memory cards, USB drives, CD and DVD disks, and similar portable devices capable of storing electronic data;

22. Any telephone, cellular telephone or digital display paging device found in the location to be searched, including any electronically stored data found in the same, including, data regarding outgoing phone calls, incoming calls, missed calls, phone book memory data, contact names and numbers, call details including call history, electronic mail (email) messages, text messages and text message history, and all digital images, as well as listening to, noting and recording any messages or recordings left on any telephone answering device or recording device found in the location to be searched;

23. Computers, cellular telephones, flash drives, storage media, or other electronic devices used as a means to commit the crimes under investigation. For any computer, cellular telephone, device, or storage medium whose seizure is otherwise authorized by this warrant, and any computer or storage medium that contains or in which is stored records or information that is otherwise called for by this warrant (hereinafter, "computer"):

    a. Evidence of who used, owned, or controlled the computer at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

    b. Evidence of software that would allow others to control the computer, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

    c. Evidence of the lack of such malicious software;

    d. Evidence indicating how and when the computer was accessed or used to determine the chronological context of computer access, use, and events relating to the crimes under investigation and to the computer user;

    e. Evidence indicating the computer user's state of mind as it relates to the crime under investigation;

    f. Evidence of the attachment to the computer of other storage devices or similar containers for electronic evidence;

    g. Evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the computer;

    h. Evidence of the times the computer was used;

    i. Passwords, encryption keys, and other access devices that may be necessary to access the computer;

    j. Documentation and manuals that may be necessary to access the computer or to conduct a forensic examination of the computer;

    k. Records of or information about Internet Protocol addresses used by the computer;

    l. Records of or information about the computer's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses; and

    m. Contextual information necessary to understand the evidence described in this attachment.

24. Routers, modems, servers, and network equipment used to connect computers to the Internet;

25. Indicia of occupancy, residency, rental, ownership, or use of the residences and / or vehicles authorized to be searched, including utility and telephone bills, rental,

purchase or lease agreements, keys, records real estate transactions, vehicle titles and registration, and vehicle maintenance records;

26. As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

27. The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, tablets, server computers, and network hardware.

28. The term "storage medium" includes any physical object upon which computer data can be recorded. Examples include hard disks, RAM, floppy disks, USB drives, flash memory, CD-ROMs, and other magnetic or optical media.

29. This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the investigating agency may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.